NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CULLY CORP.,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2023-2006

---

Appeal from the United States Court of Federal Claims in No. 1:19-cv-00339-DAT, Judge David A. Tapp.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                          CULLY CORP. v. US

(2)  Each side shall bear their own costs.


                                   FOR THE COURT

August 8, 2023
    Date                           /s/ Jarrett B. Perlow
                                   Jarrett B. Perlow
                                   Clerk of Court


**ISSUED AS A MANDATE:** August 8, 2023